## 32127. SMITH v. THE STATE.

PER CURIAM.

The appellant was convicted of two murders upon which death sentences were imposed. Her conviction and sentences were affirmed on appeal. *Smith v. State,* 236 Ga. 12 (222 SE2d 308) (1976).

Appellant seeks to raise the "Private Slovik Syndrome." See *Ross v. State,* 238 Ga. 445 (233 SE2d 381).

As a petition for declaratory judgment, the appellant's suit is not maintainable for the reasons stated in *Ross v. State,* supra. As a motion for a second sentencing hearing filed in the criminal case which has heretofore been before this court on appeal, the trial court's order denying the motion is not a judgment or order within the meaning of Code Ann. § 6-701 which is appealable at this late date. Code Ann. § 6-803.

*Judgment affirmed. Nichols, C. J., Undercofler, P. J., Jordan, Ingram, Hall and Hill, JJ., concur.*

ARGUED MARCH 22, 1977 — DECIDED APRIL 7, 1977 — REHEARING DENIED APRIL 21, 1977.

*Mary Ann B. Oakley, Margie Pitts Hames, Jack Greenberg, Anthony G. Amsterdam, Millard C. Farmer, Jr.,* for appellant.

*Walker P. Johnson, Fred M. Hasty, District Attorneys, Thomas J. Matthews, Assistant District Attorney, Arthur K. Bolton, Attorney General, R. William Buzzell,* for appellee.